# COLLAZO FLORENTINO & KEIL LLP

747 THIRD AVENUE
NEW YORK, NEW YORK 10017-2803
(212) 758-7600

Fax: (212) 758-7609
http://www.cfk-law.com

ERNEST J. COLLAZO
TONIANNE FLORENTINO
JOHN P. KEIL

SR. COUNSEL:
FARAH MOLLO

MELANY R. GRAY
REBECCA G. FISCHER
ADAM HARRIS
KRISTINA GRIMSHAW

OF COUNSEL:
RISA M. MISH

DIRECT DIAL:
212-758-7862

DIRECT E-MAIL:
jkeil@cfk-law.com

**VIA ECF**

May 13, 2013

Hon. Brian M. Cogan, USDJ
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Daniel Clarke v. ALBS Cartage Corp., 13-CV-134 (BMC)

Dear Judge Cogan:

As counsel for ALBS Cartage Corp., defendant in the above-referenced matter, we write to request an extension of four days, until May 17, 2013, to move for approval of the parties' settlement in this matter. Mr. Clarke signed the agreement on May 10; because he is more than 40 years old, he has been given a seven-day period after signing within which to revoke the agreement for his waiver of any claims arising under the Age Discrimination in Employment Act to be enforceable. See 29 U.S.C. § 626(f). I have conferred with plaintiff's counsel, Mr. Hassan, and he does not oppose the request.

Respectfully submitted,

John Keil

John P. Keil

CC: Abdul K. Hassan, Esq., counsel for Plaintiff, via e-mail and ECF