## COLLAZO FLORENTINO & KEIL LLP

**747 THIRD AVENUE**
**NEW YORK, NEW YORK 10017-2803**
(212) 758-7600

Fax: (212) 758-7609
http://www.cfk-law.com

ERNEST J. COLLAZO
TONIANNE FLORENTINO
JOHN P. KEIL

SR. COUNSEL:
　FARAH MOLLO

MELANY R. GRAY
REBECCA G. FISCHER
ADAM HARRIS
KRISTINA GRIMSHAW

OF COUNSEL:
　RISA M. MISH

DIRECT DIAL:
　212-758-7862

DIRECT E-MAIL:
　jkeil@cfk-law.com

**VIA ECF**

May 20, 2013

Hon. Brian M. Cogan, USDJ
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

　　　Re:　Daniel Clarke v. ALBS Cartage Corp., 13-CV-134 (BMC)

Dear Judge Cogan:

　　As discussed in our motion of May 17, 2013, attached please find the executed settlement agreement in the above-referenced matter containing the signatures of both the plaintiff and defendant.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John P. Keil*

　　　　　　　　　　　　　　　　　　　　　　　　John P. Keil

CC: Abdul K. Hassan, Esq., counsel for Plaintiff, via e-mail and ECF

Attachment